1
2
3
4
5
6            **IN THE UNITED STATES DISTRICT COURT**
7               **FOR THE DISTRICT OF ARIZONA**
8

| | |
|---|---|
| 9  Ismael Antonio Murphy-Richardson, | **NO. CV-23-00434-PHX-ROS (DMF)** |
| 10          Petitioner, | |
| 11  v. | **JUDGMENT OF DISMISSAL IN A** |
| 12  Unknown Party, | **CIVIL CASE** |
| 13          Respondent. | |
| 14 | |

15        **Decision by Court.**  This action came for consideration before the Court.  The
16   issues have been considered and a decision has been rendered.
17        IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed
18   March 17, 2023, judgment of dismissal is entered. Petitioner to take nothing and this
19   action is hereby dismissed without prejudice.
20
                                        Debra D. Lucas
21                                       District Court Executive/Clerk of Court
22   March 17, 2023
23
                                        s/ K. James
24                               By    Deputy Clerk
25
26
27
28